**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Hexin Holding Limited

                                  Plaintiff,

v.                                                                Case No.: 1:24−cv−01460

                                                                                Honorable John J. Tharp Jr.

Parties Identified on Schedule A

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 27, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for TRO [7] is denied without prejudice. The sealed exhibit 3 does not contain a chart, index, or other method of easily identifying which screenshots of alleged infringements correspond to which defendants on the schedule A. Further, while exhibit 1 to the complaint [6−1] and to the declaration of Juan Yang [10−1] identifies the Certificates of Registration for the asserted copyrights, the record does not contain any of the allegedly protected images or videos that are claimed by the copyrights except for a series of excerpts of images from one of the multiple copyrights ('861; see complaint 7). Accordingly, the plaintiff is directed to file under seal, by 3/12/24, renewed motion and a chart or other method of identifying which screenshots in the exhibit 3 correspond to each defendant and identifying which copyright(s) and/or design patent each defendant is accused of violating. The plaintiff is also required to file, by 3/12/24, evidence of the visual material that is protected under each asserted copyright, so that the Court may evaluate the plaintiff's likelihood of success on its infringement claims. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.