# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>              Plaintiff,<br><br>   v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>              Defendants. | Case No. 1:24-cv-1460<br><br>Judge John J. Tharp |

## NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)

Plaintiff Hexin Holding Limited ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1), dismisses this action as to the following defendants:

| Defendant Name | Defendant No. |
|---|---|
| SUMMERJOY | 39 |
| BAILUNVED Sports & Outdoor | 113 |
| Guishi Apparel Accessories&Jewelry & Watches | 118 |

Date: April 24, 2024

Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*