Hexin Holding Limited v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

## SCHEDULE A

## DEFENDANT ONLINE MARKETPLACES

| NO. | Seller | URL | Email Address |
|---|---|---|---|
| 1 | NEENCA Official Store | https://www.aliexpress.us/item/3256803984325528.html | elliot@haofan-intl.com |
| 2 | E-Life Store | https://www.aliexpress.us/item/3256803147945464.html | 2043147740@qq.com |
| 3 | momshaper Official Store | https://www.aliexpress.us/item/3256805078917577.html | tianshaguli61@hotmail.com |
| 4 | laoduan Store | https://www.aliexpress.us/item/3256805230556894.html | shopa@buyseed.cn |
| 5 | Women Sexy Costume Store | https://www.aliexpress.us/item/3256803648089470.html | chenzhibaofuzhuang@aliyun.com |
| 5 | Women Sexy Costume Store | https://www.aliexpress.us/item/3256803334438114.html | chenzhibaofuzhuang@aliyun.com |
| 5 | Women Sexy Costume Store | https://www.aliexpress.us/item/3256803062709166.html | chenzhibaofuzhuang@aliyun.com |
| 5 | Women Sexy Costume Store | https://www.aliexpress.us/item/3256803334146770.html | chenzhibaofuzhuang@aliyun.com |
| 6 | pop closets Official Store | https://www.aliexpress.us/item/3256803210642483.html | popclosets@aliyun.com |
| 7 | Shop1102299083 Store | https://www.aliexpress.us/item/3256804705656263.html | chengmai011@163.com |
| 8 | LILVIGOR Official Store | https://www.aliexpress.us/item/3256803759366575.html | gzyytrading@hotmail.com |
| 9 | figninget shapewear Store | https://www.aliexpress.us/item/3256804141914555.html | comfree@aliyun.com |

| | | https://www.aliexpress.com/item/1005004328229307.html?spm=a2g0o.detail.0.0.3d3cyPrzyPrzOA&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40050.281175.0&scm_id=1007.40050.281175.0&scm-url=1007.40050.281175.0&pvid=4a7914e7-3ed8-4ac0-b8b0-4317e48a3984&_t=gps-id%3ApcDetailTopMoreOtherSeller%2Cscm-url%3A1007.40050.281175.0%2Cpvid%3A4a7914e7-3ed8-4ac0-b8b0-4317e48a3984%2Ctpp_buckets%3A668%232846%238107%231934&pdp_npi=4%40dis%21USD%2118.78%218.83%21%21%2118.78%21%21%40212aa2ac16921722543572264e9a54%211200002877616128%21rec%21US%21225489189%21A&gatewayAdapt=4itemAdapt | |
| 10 | SPORTS SAFETY EXPERT Store | https://www.aliexpress.us/item/3256805267143578.html | siyfashionmall@aliyun.com |
| 11 | Fire Dreams Houseware Store | https://www.aliexpress.us/item/3256802983741242.html | tinda@rebuyy.com |
| 12 | DCDYCDU Official Store | https://www.aliexpress.us/item/3256805231211520.html | topa@buyseed.cn |
| 13 | Thinkture Fitness Store | https://www.aliexpress.us/item/3256803144272811.html | 3094565206@qq.com |
| 14 | sunny outdoors Store | https://www.aliexpress.us/item/3256805639752735.html | ruisili004@163.com |
| 15 | SEUNI Underware Dropshipping Store | https://www.aliexpress.us/item/3256804471853515.html | fycsmt3@163.com |
| 16 | Shop1100349147 Store | https://www.aliexpress.us/item/3256803907963651.html?algo_pvid=3641ae8e-bf47-4405-88a9-3001a3de4bdb&algo_exp_id=3641ae8e-bf47-4405-88a9-3001a3de4bdb-42&pdp_npi=4%40dis%21USD%2116.81%2116.81%21%21%21123.00%21%21%402101d4a716941700209681890e9a23%2112000028016881602%21sea%21US%21220994937%21A&curPageLogUid=61KJtBrqSbLs | 969369937@qq.com |
| 17 | Chinese Outdoor factory Store | https://www.aliexpress.us/item/3256803944935288.html?algo_pvid=3641ae8e-bf47-4405-88a9-3001a3de4bdb&algo_exp_id=3641ae8e-bf47-4405-88a9-3001a3de4bdb-14&pdp_npi=4%40dis%21USD%214.77%212.39%21%21%2134.90%21%21%402101d4a71694170020 | 3548843569@qq.com |

2

| | | 9681890e9a23%2112000028136958211%21sea%21US%21220994937%21A&curPageLogUid=54rH6fOGd5a5 | |
|---|---|---|---|
| 18 | C&D Herald Store | https://www.aliexpress.us/item/3256803076846977.html?algo_pvid=3641ae8e-bf47-4405-88a9-3001a3de4bdb&algo_exp_id=3641ae8e-bf47-4405-88a9-3001a3de4bdb-10&pdp_npi=4%40dis%21USD%2116.11%2112.73%21%21%2116.11%21%21%402101d4a716941700209681890e9a23%2112000024915273120%21sea%21US%21220994937%21A&curPageLogUid=nUEPyVg70beW | kannans2017@163.com |
| | | https://www.aliexpress.us/item/3256803281478598.html | |
| | | https://www.aliexpress.us/item/3256803076846977.html | |
| 19 | LZ Fitness Store | https://www.aliexpress.us/item/3256803108512333.html | 316727155@qq.com |
| 20 | Tostart Store | https://www.aliexpress.us/item/3256805537562253.html | thismeinv@hotmail.com |
| 21 | Plus Size Sexy Women Store | https://www.aliexpress.us/item/3256805152556850.html | stockingsock@163.com |
| 22 | miss moly Postpartum Shaper Store | https://www.aliexpress.us/item/3256803845452601.html | tangxusmtnew@163.com |
| 23 | Kissinglover Shapewear Store | https://www.aliexpress.us/item/3256804297241141.html | lilysawholesale@hotmail.com |
| 24 | Allan International Wholesale Co.,ltd | https://www.aliexpress.us/item/3256803408533392.html | guoguo12901@126.com |
| 25 | BOOCAAWA Women Sleepwear Underwear Store | https://www.aliexpress.us/item/3256803460607070.html | zoe.liao214@foxmail.com |
| 26 | Shop1102276124 Store | https://www.aliexpress.us/item/3256804582782619.html | smtny01@163.com |
| 27 | GZPhaeson Official Store | https://www.aliexpress.us/item/3256802848968989.html | 474087231@qq.com |

| 28 | Life Audience Store | https://www.aliexpress.us/item/3256805343078780.html | linqin2021@tom.com |
|---|---|---|---|
| 29 | Durofit Shapewewar Store | https://www.aliexpress.us/item/3256803127522938.html?spm=a2g0o.store_pc_home.slider_6000936124792.0&gatewayAdapt=glo2usa4itemAdapt | fajassalome@aliyun.com |
| 30 | Shop1100144392 Store | https://www.aliexpress.com/item/1005004468652879.html?spm=a2g0o.detail.0.0.52e61mdx1mdxai&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40050.281175.0&scm_id=1007.40050.281175.0&scm-url=1007.40050.281175.0&pvid=990fb3f5-4897-4860-b498-1eb44edcf82f&_t=gps-id%3ApcDetailTopMoreOtherSeller%2Cscm-url%3A1007.40050.281175.0%2Cpvid%3A990fb3f5-4897-4860-b498-1eb44edcf82f%2Ctpp_buckets%3A668%232846%238107%231934&pdp_npi=4%40dis%21USD%216.96%213.48%21%21%216.96%21%21%40212c01f016921723278314481ead92%2112000029272210078%21rec%21US%21225489189%21A&gatewayAdapt=4itemAdapt | 592168564@qq.com |
| 31 | Shop911606403 Store | https://www.aliexpress.us/item/3256802936266383.html?spm=a2g0o.detail.0.0.251ep6t7p6t7eU&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40050.362094.0&scm_id=1007.40050.362094.0&scm-url=1007.40050.362094.0&pvid=91c46f02-d776-4aa2-8622-c78305422fde&_t=gps-id:pcDetailTopMoreOtherSeller,scm-url:1007.40050.362094.0,pvid:91c46f02-d776-4aa2-8622-c78305422fde,tpp_buckets:668%232846%238113%231998&pdp_npi=4%40dis%21USD%216.32%213.16%21%21%216.32%21%21%402101fb0e16988725920182413e3dc4%2112000024522913720%21rec%21US%212858744705%21AB | dropshipping3@163.com |
| 32 | Shop5370096 Store | https://www.aliexpress.us/item/3256805965222018.html?spm=a2g0o.detail.0.0.3d4cBARKBARKQN&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40050.362094.0&scm_id=1007.40050.362094.0&scm-url=1007.40050.362094.0&pvid=69d26b8b-482d-4b2f-8bcc-dc4b3968af08&_t=gps-id:pcDetailTopMoreOtherSeller,scm-url:1007.40050.362094.0,pvid:69d26b8b-482d-4b2f-8bcc-dc4b3968af08,tpp_buckets:668%232846%238113%231998&pdp_npi=4%40dis%21USD%2113.84%213.22%21%21%2113.84%21%21%402101fb0e16988725999602680e3dc4%2112000035997596633%21rec%21US%212858744705%21AB | aecbustore469@aliyun.com |

4

| 33 | YSX shop | https://www.temu.com/plastic-elastic-waist-resistant-belt-yoga-fitness-sports-abdominal-waist-trainer-for-women-ladies-bodyshaper-for-weight-loss-g-601099515154318.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F36f82264854b4060f4fcba28464fb78b.jpg&spec_gallery_id=19113987&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzY0&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | 649440840@qq.com |
| | | https://www.temu.com/13-12ft-high-elastic-high-quality-plastic-waist-trainer-compression-abdominal-waist-training-belt-for-women-ladies-bodyshaper-for-weight-loss-g-601099515467662.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F36f82264854b4060f4fcba28464fb78b.jpg&spec_gallery_id=19073991&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=ODk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | |
| 34 | Xingwang Huihui | https://www.temu.com/elastic-fitness-band-waist-trainer-waist-trimmer-with-hook-and-loop-fastener-tummy-control-for-body-shaper-g-601099522488229.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fbe948a3bd0888933b82b277a51c0fcb0.jpg&spec_gallery_id=2018383581&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDQ3&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | N/A |
| 35 | Edson Shop | https://www.temu.com/womens-waist-trainer-tummy-control-waist-training-belt-abdominal-waist-trimmer-adjustable-fitness-workout-waist-band-for-home-gym-exercise-g-601099515963826.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-04-05%2F1680710464985-282fa69ba2854f629ae7ade9e8a40200-goods.jpeg&spec_gallery_id=2009366182&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTA5&sea | edzhang66@gmail.com |

5

| | | | |
|---|---|---|---|
| | | rch_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | |
| 36 | Sweat Maker Shapewear | https://www.temu.com/womens-line-hook-exercise-widened-waist-band-fitness-body-restraint-webbing-elastic-abdominal-belt-womens-underwear-shapewear-g-601099513407558.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F4505c53482c1ee10d00c47d0e0ef02ce.jpg&spec_gallery_id=11040467&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzU5&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | 1964331356@qq.com |
| | | https://www.temu.com/13cm-wide-elastic-belt-durable-training-waist-tie-adjustable-elastic-waistband-for-women-yoga-fitness-g-601099514157901.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Ff407f5aa49f74bd4f67319753c33a36c.jpg&spec_gallery_id=16157293&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTM4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | |
| 37 | LuckySports | https://www.temu.com/womens-adjustable-waist-trainer-waist-trimmer-wrap-g-601099512887475.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F274d02a18c771378f678eb91a8285a2b.jpg&spec_gallery_id=7681431&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTY3&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | 431398580@qq.com |
| 38 | FUUKON | https://www.temu.com/long-waist-trainer-for-women-waist-trimmer-for-women-belly-fat-tummy-wrap-g-601099521474118.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F17b62a4b69dfe74d2675928d170cdf8c.jpg&spec_gallery_id=2016109585&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1= | 3130961096@qq.com |

| | | | |
|---|---|---|---|
| | | MTA2MA&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | |
| 39 | DISMISSED | DISMISSED | DISMISSED |
| 40 | Sportmarket | https://www.temu.com/waist-wrap-for-women-and-men-elastic-trainer-tape-waist-support-belt-for-yoga-fitness-exercise-g-601099514534560.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fde4cec00f77e00ba8c60eb671fee9370.jpg&spec_gallery_id=16472435&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTUx&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | 734730171@qq.com |
| | | https://www.temu.com/medical-waist-belt-adjustable-wrap-trimmer-body-shaping-waist-trainer-long-bondage-belt-waist-belt-g-601099522752065.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fdbb1cd27008516c4352e95c358b598e5.jpg&spec_gallery_id=2024024134&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjY4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | |
| 41 | perfitness shaper | https://www.temu.com/13ft-long-waist-training-belt-tummy-control-wrap-adjustable-elastic-body-shapewear-for-women-g-601099513464384.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F5ce515916631983aabd9550fb5981ae8.jpg&spec_gallery_id=11461737&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk0&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | ntt_sale01@163.com |
| 42 | QIYIXI HEALTH | https://www.temu.com/waist-trainer-for-women-waist-trimmer-elastic-workout-belt-tummy-control-for-body-shaper-g-601099517349648.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalg | N/A |

7

| | | | |
|---|---|---|---|
| | | o%2FVirtualModelMatting%2F944e5fe7bde2dc46e75084b545a505b8.jpg&spec_gallery_id=2019182159&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzE3&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav | |
| 43 | CF Life | https://www.temu.com/waist-trainer-for-women-waist-wrap-snatch-me-up-bandage-wrap-waist-trimmer-sweat-band-sauna-belt-invisible-adjustable-tummy-wrap-waist-trainer-tape-3m-10cm-g-601099513425614.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F8170ab14d30c52c2b7ae09c4eb3c6928.jpg&spec_gallery_id=22255587&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav&__csr=1&__torl= | zengchengfu1988@163.com |
| 44 | Tide station | https://www.temu.com/118-11inch-236-22inch-abdominal-belt-waist-compression-belt-postpartum-restraint-belt-plastic-waist-belt-elastic-abdominal-retraction-belt-for-women-g-601099521680846.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F8faea63d0006352f751f2c10771dfce6.jpg&spec_gallery_id=2015270202&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzQ4&search_key=waist%20trainer&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav&_x_sessn_id=uctx0l2n9r | 492935321@qq.com |
| 45 | Taizhou Yujun Rope Net Belt Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-Weight-Loss-Band-Wrap_1600370733376.html?spm=a2700.picsearch.offer-list.5.1bed5f93oWDDiI | 1550496748@qq.com |
| 46 | Guangdong Laixin Industrial Investment Group Co., Ltd. | https://www.alibaba.com/product-detail/3-10-Meters-Fajas-Slimming-Sheaths_1600411228902.html?spm=a2700.picsearch.offer-list.57.1bed5f93oWDDiI | cc@anmajy.com |
| 47 | Yierwen (Enping) Trading Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-for-Women-Invisible-Wrap_1600618914696.html?spm=a2700.picsearch.offer-list.90.1bed5f93oWDDiI | estiven@elvenservicio.com |
| 48 | Dongguan Zhehan Plastic & Metal | https://www.alibaba.com/product-detail/Durable-Custom-Bandage-Wrap-Fitness-Belt_1600456664593.html?spm=a2700.picsearch.offer-list.94.1bed5f93oWDDiI | sale02@cnzhehan.com |

| | | | |
|---|---|---|---|
| | Manufacture Co., Ltd. | | |
| 49 | Zhenjiang Deep Fitness Co., Ltd. | https://www.alibaba.com/product-detail/Customized-Waist-trainer-Stomach-Tummy-wrap_1600429935884.html?spm=a2700.picsearch.offer-list.130.1bed5f93oWDDiI | sales01@zjdeepfitness.com |
| 50 | Shenzhen Mcgreen Technology Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-Women-Slimming-Sheath-Snatch_1600362424908.html?spm=a2700.picsearch.offer-list.126.1bed5f93oWDDiI | scarlett17951abc@gmail.com |
| 51 | Shijiazhuang Youen Technology Co., Ltd. | https://www.alibaba.com/product-detail/Women-Lower-Belly-Fat-Weight-Loss_1600738589132.html?spm=a2700.picsearch.offer-list.170.1bed5f93oWDDiI | info@urbrace.com |
| 52 | Shijiazhuang Kezhi Import & Export Trading Co., Ltd. | https://www.alibaba.com/product-detail/Custom-Gym-Belt-Waist-Support-Brace_1600588666359.html?spm=a2700.picsearch.offer-list.177.1bed5f93oWDDiI | 2748826626@qq.com |
| 53 | Shijiazhuang Mismi Imp. & Exp. Co., Ltd. | https://www.alibaba.com/product-detail/Women-slimming-Belt-Shaper-Bandage-private_1600535903713.html?spm=a2700.picsearch.offer-list.186.1bed5f93oWDDiI | bwl18733198622@163.com |
| 54 | Shijiazhuang Aofeite Medical Device Co., Ltd. | https://www.alibaba.com/product-detail/One-Size-Flat-Tummy-Suana-Shaper_1600328729052.html?spm=a2700.picsearch.offer-list.190.1bed5f93oWDDiI | sales@greatwiremesh.com |
| 55 | Hebei Topon Technology Co., Ltd. | https://www.alibaba.com/product-detail/Tummy-Belly-Waist-Trainer-Bandage-Wrap_1600715693948.html?spm=a2700.picsearch.offer-list.202.1bed5f93oWDDiI | julia@hbtopon.com |
| 56 | Shenzhen Nanbin Fashion Co., Ltd. | https://www.alibaba.com/product-detail/Wholesale-6M-13-cm-Waist-Trainer_1600565943246.html?spm=a2700.picsearch.offer-list.210.1bed5f93oWDDiI | abel@nanbinfashion.com |
| 57 | Shijiazhuang Xing An Import And Export Co., Ltd. | https://www.alibaba.com/product-detail/Wholesale-Postpartum-Recovery-Women-Quick-Snatch_1600362324946.html?spm=a2700.picsearch.offer-list.214.1bed5f93oWDDiI | della@healthcare.ntesmail.com |
| 58 | Shanghai Dandan Technology Co., Ltd. | https://www.alibaba.com/product-detail/2023-New-elastic-band-belt-women_1600460540514.html?spm=a2700.picsearch.offer-list.234.1bed5f93oWDDiI | jakefiy.0323@aliyun.com |
| 59 | Dongguan Rundian Household Products Co., Ltd. | https://www.alibaba.com/product-detail/Women-Shapewear-Slimming-Bodysuit-seamless-Body_1600511274248.html?spm=a2700.picsearch.offer-list.258.1bed5f93oWDDiI | xy@dgrundian.com |

| | | | |
|---|---|---|---|
| 60 | Yiwu Ruiqu Clothing Co., Ltd. | https://www.alibaba.com/product-detail/1-8-Meters-Shapewear-Slimming-Sheaths_1600516814733.html?spm=a2700.picsearch.offer-list.254.1bed5f93oWDDiI | sarahzhang@ruiqufashion.com |
| 61 | Fuzhou Xing Mou Trading Co., Ltd. | https://www.alibaba.com/product-detail/X-CHENG-2023-New-ins-Waist_1600499967799.html?spm=a2700.picsearch.offer-list.262.1bed5f93oWDDiI | gugud666@163.com |
| 62 | Shenzhen Oudini Clothing Co., Ltd. | https://www.alibaba.com/product-detail/Custom-logo-Service-Elastic-Band-Belly_1600432806223.html?spm=a2700.picsearch.offer-list.266.1bed5f93oWDDiI | oudini168@126.com |
| 63 | Henan Sikuni Trading Co., Ltd. | https://www.alibaba.com/product-detail/Wholesale-Adjustable-Bandage-Waist-Trainer-Women_1600423076407.html?spm=a2700.picsearch.offer-list.274.1bed5f93oWDDiI | maggiegeng45@gmail.com |
| 64 | Guangzhou Evawanna Shoes And Clothes Co., Ltd. | https://www.alibaba.com/product-detail/New-waist-trainer-sports-restraint-belt_1600436823940.html?spm=a2700.picsearch.offer-list.278.1bed5f93oWDDiI | evawanna0801@126.com |
| 65 | Guangzhou Yiren Clothing Trade Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-Custom-Logo-Women-Slimming_1600498159018.html?spm=a2700.picsearch.offer-list.270.1bed5f93oWDDiI | 297228164@qq.com |
| 66 | Hengshui Jiankang Trading Co., Ltd. | https://www.alibaba.com/product-detail/Women-Waist-Trainer-3-6-m_1600901711500.html?spm=a2700.picsearch.offer-list.290.1bed5f93oWDDiI | admin@jkwaisttrainer.com |
| 67 | Shenzhen Happymall Technology Ltd. | https://www.alibaba.com/product-detail/OEM-Women-Waist-Bandage-Wrap-Trimmer_1600828060446.html?spm=a2700.picsearch.offer-list.286.1bed5f93oWDDiI | 286619504@qq.com |
| 68 | Shenzhen Yeshi Decoration Design Engineering Co., Ltd. | https://www.alibaba.com/product-detail/Ladies-Waist-Trainer-Body-Shaper-Belt_1600626281437.html?spm=a2700.picsearch.offer-list.282.1bed5f93oWDDiI | szyips@163.com |
| 69 | Shenzhen Sainfer Imp & Exp Co., Ltd. | https://www.alibaba.com/product-detail/OEM-ODM-factory-price-body-shaper_1600902043902.html?spm=a2700.picsearch.offer-list.326.1bed5f93oWDDiI | phoebe@sainfer.com |
| 70 | Guangzhou Beicapeni Trade Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-13CM-Bandage-Wrap-Shapewear_1600569393497.html?spm=a2700.picsearch.offer-list.338.1bed5f93oWDDiI | a13695240856@163.com |
| 71 | Hefei Jiaang E-Commerce Co., Ltd. | https://www.alibaba.com/product-detail/Body-Shaper-Belt-Wrap-Waist-Bandage_1600488103122.html?spm=a2700.picsearch.offer-list.358.1bed5f93oWDDiI | hhong2@hotmail.com |

| | | | |
|---|---|---|---|
| 72 | Dongyang Sanshui Knitting Clothing Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-Women-Snatch-Me-Bandage_1600508968275.html?spm=a2700.picsearch.offer-list.378.1bed5f93oWDDiI | shanshui@ssknit.com |
| 73 | Urumqi Jinlv Wumei Clothing Culture Co., Ltd. | https://www.alibaba.com/product-detail/Women-s-Plus-Size-Corset-Steel_1600336006252.html?spm=a2700.picsearch.offer-list.390.1bed5f93oWDDiI | 13899953955@163.com |
| 74 | Yiwu Kuaike Trading Firm | https://www.alibaba.com/product-detail/Waist-Recovery-Band-For-Weight-Loss_1600405243478.html?spm=a2700.picsearch.offer-list.394.1bed5f93oWDDiI | quiki@quiki.cn |
| 75 | Shenzhen Landora Technology Co., Ltd. | https://www.alibaba.com/product-detail/Landora-Tummy-Control-Waist-Wrap-Waist_1600400442804.html?spm=a2700.picsearch.offer-list.398.1bed5f93oWDDiI | miki-he@hotmail.co.uk |
| 76 | Hangzhou Initi Imp&exp Co., Ltd. | https://www.alibaba.com/product-detail/Custom-Service-Waist-Wrap-Sauna-Belly_1600558967956.html?spm=a2700.picsearch.offer-list.402.1bed5f93oWDDiI | initibag01@163.com |
| 77 | Quanzhou Fuayan Trade Co., Ltd. | https://www.alibaba.com/product-detail/HOT-SALE-Elastic-Band-Tummy-Wrap_1600377404526.html?spm=a2700.picsearch.offer-list.406.1bed5f93oWDDiI | kevin@annecart.com |
| 78 | Yangzhou Steppenwolf Sports Goods Co., Ltd. | https://www.alibaba.com/product-detail/Custom-Service-Sweat-Belly-Tummy-Slimmer_1600408013688.html?spm=a2700.picsearch.offer-list.414.1bed5f93oWDDiI | jessie@hylsports.com |
| 79 | GRUPO NEGOCIO HISPANO DE IMPORTACION Y EXPORTACION SL | https://www.alibaba.com/product-detail/Waist-Wrapper-Comfortable-Slimming-Body-Bandage_10000007050087.html?spm=a2700.picsearch.offer-list.454.1bed5f93oWDDiI | dongliangsui09@gmail.com |
| 80 | Shijiazhuang Bangster Import And Export Co., Ltd. | https://www.alibaba.com/product-detail/Wholesale-spandex-Wrap-Bandage-Adjustable-Plus_1600731777068.html?spm=a2700.picsearch.offer-list.478.1bed5f93oWDDiI | olivia@healthcare.ntesmail.com |
| 81 | Jiaxing Huiyitong Import And Export Co., Ltd. | https://www.alibaba.com/product-detail/2023-Hot-Latex-Body-Shaper-Waist_1600787786188.html?spm=a2700.picsearch.offer-list.462.1bed5f93oWDDiI | 2279815827@qq.com |
| 82 | Anping Kangli Medical Equipment Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-Invisible-Waist-Trainer-waist_1600384235209.html?spm=a2700.picsearch.offer-list.490.1bed5f93oWDDiI | sales@kangli-medical.com |
| 83 | Dongguan Top Neoprene | https://www.alibaba.com/product-detail/Waist-Trainer-for-Women-Under- | sales01@topneoprene.com |

|  | | | |
|---|---|---|---|
|  | Products Co., Ltd. | Clothes_1600477208840.html?spm=a2700.picsearch.offer-list.514.1bed5f93oWDDiI |  |
| 84 | Dongguan Flysun Sports Co., Ltd. | https://www.alibaba.com/product-detail/No-Label-Woman-Size-Band-Shorts_1600535766819.html?spm=a2700.picsearch.offer-list.522.1bed5f93oWDDiI | jack@flysunsports.com |
| 85 | Shenzhen Wish Industry Co., Ltd. | https://www.alibaba.com/product-detail/Factory-Wholesale-Tight-Yoga-Long-Restraint_1600604297183.html?spm=a2700.picsearch.offer-list.526.1bed5f93oWDDiI | john@wishindustry.com |
| 86 | Pranash (tianjin) Technology Development Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Wraps-Women-High-Compression-Quick_1600562782750.html?spm=a2700.picsearch.offer-list.538.1bed5f93oWDDiI | info@pranash.net |
| 87 | Shenzhen Pinchen Technology Co., Ltd. | https://www.alibaba.com/product-detail/50-OFF-3-4-5-6M_1600607925146.html?spm=a2700.galleryofferlist.normal_offer.d_image.2e637735WNTanl | pinchen0512@163.com |
| 88 | Shenzhen Dali Technology Co., Ltd. | https://www.alibaba.com/product-detail/Custom-Bandage-Tummy-Belly-Wrap-Around_1600342806379.html?spm=a2700.galleryofferlist.normal_offer.d_image.52352aebcN9wKA&s=p | dalitech001@hotmail.com |
| 89 | Guangzhou Huixun Technology Co., Ltd. | https://www.alibaba.com/product-detail/Custom-Logo-Soft-Material-4-M_1600327668531.html?spm=a2700.picsearch.offer-list.18.11415f93Vj9aqE | gzfashions@163.com |
| 90 | Jinhua Youfei Sports Culture Development Co., Ltd. | https://www.alibaba.com/product-detail/Private-label-custom-women-original-latex_1600621905272.html?spm=a2700.galleryofferlist.normal_offer.d_title.23b72d60K179nS | youfeisport@163.com |
| 91 | Hebei Fryan Technology Co., Ltd. | https://www.alibaba.com/product-detail/Low-Price-Reusable-Lumbar-Belly-Wrap_1600468641075.html?spm=a2700.galleryofferlist.normal_offer.d_title.23b72d60K179nS | ryan@fryantech.com |
| 92 | Shenzhen Aoyema Apparel Co., Ltd. | https://www.alibaba.com/product-detail/Aoyema-Powerful-Breathable-Adjustable-Waist-Wrap_1600379991380.html?spm=a2700.galleryofferlist.normal_offer.d_title.25402d603oqomq | lisa@aomasz.com.cn |
| 93 | Hebei Tiyon Technology Co., Ltd. | https://www.alibaba.com/product-detail/Elastic-Stomach-Wrap-Bandage-Tummy-Wrap_1600590768394.html?spm=a2700.galleryofferlist.normal_offer.d_title.25402d603oqomq | eric@tiyontech.com |
| 94 | Yiwu Deed Sports Co., Ltd. | https://www.alibaba.com/product-detail/Wholesale-New-Printing-Women-Slimming-Bandage_1600450617797.html?spm=a2700.galleryofferlist.normal_offer.d_title.7b012d60rcyM43 | sales@deedsports.com |
| 95 | Shijiazhuang Yuejia Import | https://www.alibaba.com/product-detail/Waist-Trainer-Sauna-Sweat-Belt- | chris@yuejiabrace.com |

| | And Export Trade Co., Ltd. | Neoprene_1600388986455.html?spm=a2700.galleryofferlist.normal_offer.d_title.769b2d60Q9QdBv | |
|---|---|---|---|
| 96 | Danyang Zhenxing Latex Products Co., Ltd. | https://www.alibaba.com/product-detail/Latex-Woman-Waist-Trainer-Corset-Belly_1600405846686.html?spm=a2700.galleryofferlist.normal_offer.d_title.769b2d60Q9QdBv | elieen@jszxlatex.com |
| 97 | janna luxury | https://www.amazon.com/Jluxury-waist-trainer-large-Black/dp/B0CND72HLM/ref=zg_bsnr_g_1294873011_sccl_33/142-6780923-3033104?psc=1 | jannaluxury9@gmail.com |
| 98 | KuangYeNanHai | https://www.temu.com/1pc-waist-shaping-and-slimming-elastic-band-large-yoga-belt-for-body-shaping-abdomen-slimming-g-601099528772522.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F36f82264854b4060f4fcba28464fb78b.jpg&spec_gallery_id=19113987&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTQ4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33&is_back=1 | 2738793849@qq.com |
| 99 | POP CLOSETS | https://www.temu.com/adjustable-snatch-bandage-wrap-waist-wrap-for-women-and-men-elastic-trainer-tape-waist-support-belt-for-yoga-fitness-exercise-g-601099515886221.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F83e2538aee789496df39addddbd035bd.jpg&spec_id=3002&spec_gallery_id=38&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzM3&spec_ids=3002&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 940435575@qq.com |
| 100 | DISMISSED | DISMISSED | DISMISSED |
| 101 | Service Oriented | https://www.temu.com/waist-trainer-body-shaper-belt-tummy-shapewear-for-women-belly-fat-burner-elastic-belt-g-601099528821478.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-09%2F1696825541172-6088b92c958347aca6a780196f930f86-goods.jpeg&spec_gallery_id=2041466865&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk4&sear | 13607484309@163.com |

13

| | | | |
|---|---|---|---|
| | | ch_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | |
| 102 | CImi adult | https://www.temu.com/unisex-waist-wrap-for-women-and-men-elastic-trainer-tape-waist-support-belt-for-yoga-fitness-exercise-g-601099518915451.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F71c79fb929be71c791880736dd7a8e79.jpg&spec_gallery_id=2004529288&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDE1&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 312814552@qq.com |
| 103 | JUER | https://www.temu.com/tummy-control-bandage-wrap-for-women-wrapped-hourglass-waist-trainer-elastic-detachable-body-tummy-control-belt-womens-shapewear-g-601099530934128.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F36f82264854b4060f4fcba28464fb78b.jpg&spec_gallery_id=19113987&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzQ4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 215607323@qq.com |
| 104 | Mysterious Supermarket | https://www.temu.com/1pc-waist-trainer-118-11-inch-long-abdominal-fat-tummy-tuck-belt-bandage-sauna-lumbar-support-belt-abdominal-wrap-anti-curl-lumbar-support-belt-unisex-waist-shaper-for-sports-g-601099528609183.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fb0d09879a5d7974d37f1aba4165f3246.jpg&spec_gallery_id=2041888086&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk3&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 710825456@qq.com |
| 105 | Leye Boutique | https://www.temu.com/adjustable-wrappable-waist-trimmer-tummy-control-belt-waist-trainer-g-601099528954977.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F9e574e50e10e483f82d6a12b2fb4ab14.jpg&spec_gallery_id=2042814507 | N/A |

14

| | | &refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | |
|---|---|---|---|
| 106 | kidvs | https://www.temu.com/waist-trainer-tummy-wrap-tummy-control-slim-girdle-belt-cincher-womens-underwear-shapewear-g-601099525734642.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fa6ef3ae0dfb19632dff455ebbe2e35e6.jpg&spec_gallery_id=2038679491&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 320030133@qq.com |
| 107 | BL | https://www.temu.com/waist-trainer-belt-g-6017592186133424.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F2f4e12ee0e83066fcc20bcd1e13a732d.jpg&spec_gallery_id=2546784&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 1840931928@qq.com |
| 108 | AIYOGA | https://www.temu.com/burst-sweat-belt-elastic-wrap-belt-body-shaping-yoga-exercise-body-shaping-adjustable-sports-belt-g-601099533398604.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F3b0ee29daa6e5d33c6786dd6180f3282.jpg&spec_gallery_id=2056365664&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzQ5&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 84533346@qq.com |
| 109 | Sweet Living | https://www.temu.com/long-elastic-restraint-belt-postpartum-girdle-for-women-elastic-restraint-belt-abdominal-belt-oxybutane-fabric-g-601099525206360.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fcc06c88311aeb52b9d76bdca8ce21363.jpg&spec_gallery_id=2030180541&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1= | 13632844002@163.com |

| | | NDk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | |
|---|---|---|---|
| 110 | TTtshop | https://www.temu.com/waist-fat-burning-trainer-shapewear-belly-control-shapewear-waist-wrap-waist-squat-support-abdominal-muscle-belt-breathable-waistband-lumbar-support-protection-for-waist-belly-training-fitness-sports-yoga-workout-g-601099532340991.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F64c5fbd279e066996b0dbb55ccc2e5bc.jpg&spec_gallery_id=2051347656&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njk3&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 463428842@qq.com |
| 111 | bdshapewear | https://www.temu.com/4-92inch-3-layer-elastic-waist-training-belt-sports-fitness-waist-trainer-for-weight-loss-g-601099518718485.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F02630421d09a5813e08bd2060115cea4.jpg&spec_gallery_id=2007421674&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTY5OA&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 | 6278025@qq.com |
| 112 | HAIHANG Sports & Outdoor | https://us.shein.com/1pc-Belt-With-3-Sizes-Band-For-Sweating-Training-Of-Waist-p-21547241-cat-5782.html?src_identifier=st%3D2%60sc%3Dwaist%20band%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_search1701394085906&mallCode=1 | haihangsmus@163.com |
| 113 | DISMISSED | DISMISSED | DISMISSED |
| 114 | Aimojing Apparel Accessories&Jewelry & Watches | https://us.shein.com/Women-Minimalist-Fashion-Fitness-Belt-For-Home-p-17543569-cat-5904.html?mallCode=1 | funaleng@foxmail.com |
| 115 | YWyangjin Sports & Outdoor | https://us.shein.com/1pc-Black-5m-Length-Wrap-Waist-Belt-Body-Shaper-Abdominal-Trainer-Corset-p-23580374-cat-5783.html?src_identifier=st%3D2%60sc%3DTummy%20Wrap%60sr%3D0%60ps%3D1&src_modul | lutongshi3197@dazy.com |

16

| | | e=search&src_tab_page_id=page_search170139539 5666&mallCode=1 | |
|---|---|---|---|
| 116 | S17466228 Sports & Outdoor | https://us.shein.com/1pc-Synthetic-Rubber-Sports-Waist-Belt-p-14700325-cat-5782.html?src_identifier=st%3D2%60sc%3DTummy%20belt%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_search1701395818 533&mallCode=1 | ml35332023@163.com |
| 117 | WMLFFF Apparel Accessories&Jewelry & Watches | https://us.shein.com/1pc-Women-s-Adjustable-Waist-Training-Belt-Back-Support-Body-Shaper-3m-Body-Wrap-p-26034588-cat-3869.html?src_identifier=st%3D5%60sc%3Dshapewear%20belt%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_home170139711 8327&mallCode=1 | 463063441@163.com wangtongshi510804@dazy.com |
| 118 | DISMISSED | DISMISSED | DISMISSED |

17