Hexin Holding Limited V. The Partnerships and Unincorporated Associations Identified on Schedule "A"

# SCHEDULE B

# DEFENDANT ONLINE MARKETPLACES

| NO. | Seller | URL |
|---|---|---|
| 1 | NEENCA Official Store | https://www.aliexpress.us/item/3256803984325528.html |
| 5 | Women Sexy Costume Store | https://www.aliexpress.us/item/3256803648089470.html |
| | | https://www.aliexpress.us/item/3256803334438114.html |
| | | https://www.aliexpress.us/item/3256803062709166.html |
| | | https://www.aliexpress.us/item/3256803334146770.html |
| 6 | pop closets Official Store | https://www.aliexpress.us/item/3256803210642483.html |
| 9 | figninget shapewear Store | https://www.aliexpress.us/item/3256804141914555.html |
| | | https://www.aliexpress.com/item/1005004328229307.html?spm=a2g0o.detail.0.0.3d3cyPrzyPrzOA&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40050.281175.0&scm_id=1007.40050.281175.0&scm-url=1007.40050.281175.0&pvid=4a7914e7-3ed8-4ac0-b8b0-4317e48a3984&_t=gps-id%3ApcDetailTopMoreOtherSeller%2Cscm-url%3A1007.40050.281175.0%2Cpvid%3A4a7914e7-3ed8-4ac0-b8b0-4317e48a3984%2Ctpp_buckets%3A668%232846%238107%231934&pdp_npi=4%40dis%21USD%2118.78%218.83%21%21%2118.78%21%21%40212aa2ac16921722543572264e9a54%2112000028776162128%21rec%21US%21225489189%21A&gatewayAdapt=4itemAdapt |
| 10 | SPORTS SAFETY EXPERT Store | https://www.aliexpress.us/item/3256805267143578.html |
| 13 | Thinkture Fitness Store | https://www.aliexpress.us/item/3256803144272811.html |
| 14 | sunny outdoors Store | https://www.aliexpress.us/item/3256805639752735.html |

1

| 15 | SEUNI Underware Dropshipping Store | https://www.aliexpress.us/item/3256804471853515.html |
|---|---|---|
| 17 | Chinese Outdoor factory Store | https://www.aliexpress.us/item/3256803944935288.html?algo_pvid=3641ae8e-bf47-4405-88a9-3001a3de4bdb&algo_exp_id=3641ae8e-bf47-4405-88a9-3001a3de4bdb-14&pdp_npi=4%40dis%21USD%214.77%212.39%21%21%2134.90%21%21%402101d4a716941700209681890e9a23%2112000028136958211%21sea%21US%21220994937%21A&curPageLogUid=54rH6fOGd5a5 |
| 23 | Kissinglover Shapewear Store | https://www.aliexpress.us/item/3256804297241141.html |
| 24 | Allan International Wholesale Co.,ltd | https://www.aliexpress.us/item/3256803408533392.html |
| 25 | BOOCAAWA Women Sleepwear Underwear Store | https://www.aliexpress.us/item/3256803460607070.html |
| 28 | Life Audience Store | https://www.aliexpress.us/item/3256805343078780.html |
| 31 | Shop911606403 Store | https://www.aliexpress.us/item/3256802936266383.html?spm=a2g0o.detail.0.0.251ep6t7p6t7eU&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40050.362094.0&scm_id=1007.40050.362094.0&scm-url=1007.40050.362094.0&pvid=91c46f02-d776-4aa2-8622-c78305422fde&_t=gps-id:pcDetailTopMoreOtherSeller,scm-url:1007.40050.362094.0,pvid:91c46f02-d776-4aa2-8622-c78305422fde,tpp_buckets:668%232846%238113%231998&pdp_npi=4%40dis%21USD%216.32%213.16%21%21%216.32%21%21%402101fb0e16988725920182413e3dc4%2112000024522913720%21rec%21US%212858744705%21AB |
| 32 | Shop5370096 Store | https://www.aliexpress.us/item/3256805965222018.html?spm=a2g0o.detail.0.0.3d4cBARKBARKQN&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40050.362094.0&scm_id=1007.40050.362094.0&scm-url=1007.40050.362094.0&pvid=69d26b8b-482d-4b2f-8bcc-dc4b3968af08&_t=gps-id:pcDetailTopMoreOtherSeller,scm-url:1007.40050.362094.0,pvid:69d26b8b-482d-4b2f-8bcc-dc4b3968af08,tpp_buckets:668%232846%238113%231998&pdp_npi=4%40dis%21USD%2113.84%213.22%21%21%2113.84%21%21%402101fb0e16988725999602680e3dc4%2112000035997596633%21rec%21US%212858744705%21AB |

| 33 | YSX shop | https://www.temu.com/plastic-elastic-waist-resistant-belt-yoga-fitness-sports-abdominal-waist-trainer-for-women-ladies-bodyshaper-for-weight-loss-g-601099515154318.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F36f82264854b4060f4fcba28464fb78b.jpg&spec_gallery_id=19113987&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzY0&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav |
| --- | --- | --- |
| | | https://www.temu.com/13-12ft-high-elastic-high-quality-plastic-waist-trainer-compression-abdominal-waist-training-belt-for-women-ladies-bodyshaper-for-weight-loss-g-601099515467662.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F36f82264854b4060f4fcba28464fb78b.jpg&spec_gallery_id=19073991&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=ODk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |
| 38 | FUUKON | https://www.temu.com/long-waist-trainer-for-women-waist-trimmer-for-women-belly-fat-tummy-wrap-g-601099521474118.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F17b62a4b69dfe74d2675928d170cdf8c.jpg&spec_gallery_id=2016109585&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTA2MA&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav |

3

| | | |
|---|---|---|
| 40 | Sportmarket | https://www.temu.com/waist-wrap-for-women-and-men-elastic-trainer-tape-waist-support-belt-for-yoga-fitness-exercise-g-601099514534560.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2Fde4cec00f77e00ba8c60eb671fee9370.jpg&spec_gallery_id=16472435&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTUx&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav |
| | | https://www.temu.com/medical-waist-belt-adjustable-wrap-trimmer-body-shaping-waist-trainer-long-bondage-belt-waist-belt-g-601099522752065.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2Fdbb1cd27008516c4352e95c358b598e5.jpg&spec_gallery_id=2024024134&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NjY4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |
| 41 | perfitness shaper | https://www.temu.com/13ft-long-waist-training-belt-tummy-control-wrap-adjustable-elastic-body-shapewear-for-women-g-601099513464384.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F5ce515916631983aabd9550fb5981ae8.jpg&spec_gallery_id=11461737&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk0&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav |

| | | |
|---|---|---|
| 43 | CF Life | https://www.temu.com/waist-trainer-for-women-waist-wrap-snatch-me-up-bandage-wrap-waist-trimmer-sweat-band-sauna-belt-invisible-adjustable-tummy-wrap-waist-trainer-tape-3m-10cm-g-601099513425614.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F8170ab14d30c52c2b7ae09c4eb3c6928.jpg&spec_gallery_id=22255587&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=uctx0l2n9r&refer_page_name=search_result&refer_page_id=10009_1694172202795_ea5oy9ppav&_csr=1&_torl= |
| 45 | Taizhou Yujun Rope Net Belt Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-Weight-Loss-Band-Wrap_1600370733376.html?spm=a2700.picsearch.offer-list.5.1bed5f93oWDDiI |
| 46 | Guangdong Laixin Industrial Investment Group Co., Ltd. | https://www.alibaba.com/product-detail/3-10-Meters-Fajas-Slimming-Sheaths_1600411228902.html?spm=a2700.picsearch.offer-list.57.1bed5f93oWDDiI |
| 47 | Yierwen (Enping) Trading Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-for-Women-Invisible-Wrap_1600618914696.html?spm=a2700.picsearch.offer-list.90.1bed5f93oWDDiI |
| 48 | Dongguan Zhehan Plastic & Metal Manufacture Co., Ltd. | https://www.alibaba.com/product-detail/Durable-Custom-Bandage-Wrap-Fitness-Belt_1600456664593.html?spm=a2700.picsearch.offer-list.94.1bed5f93oWDDiI |
| 73 | Urumqi Jinlv Wumei Clothing Culture Co., Ltd. | https://www.alibaba.com/product-detail/Women-s-Plus-Size-Corset-Steel_1600336006252.html?spm=a2700.picsearch.offer-list.390.1bed5f93oWDDiI |
| 82 | Anping Kangli Medical Equipment Co., Ltd. | https://www.alibaba.com/product-detail/Waist-Trainer-Invisible-Waist-Trainer-waist_1600384235209.html?spm=a2700.picsearch.offer-list.490.1bed5f93oWDDiI |
| 87 | Shenzhen Pinchen Technology Co., Ltd. | https://www.alibaba.com/product-detail/50-OFF-3-4-5-6M_1600607925146.html?spm=a2700.galleryofferlist.normal_offer.d_image.2e637735WNTanl |

5

| | | |
|---|---|---|
| 88 | Shenzhen Dali Technology Co., Ltd. | https://www.alibaba.com/product-detail/Custom-Bandage-Tummy-Belly-Wrap-Around_1600342806379.html?spm=a2700.galleryofferlist.normal_offer.d_image.52352aebcN9wKA&s=p |
| 93 | Hebei Tiyon Technology Co., Ltd. | https://www.alibaba.com/product-detail/Elastic-Stomach-Wrap-Bandage-Tummy-Wrap_1600590768394.html?spm=a2700.galleryofferlist.normal_offer.d_title.25402d603oqomq |
| 98 | KuangYeNanHai | https://www.temu.com/1pc-waist-shaping-and-slimming-elastic-band-large-yoga-belt-for-body-shaping-abdomen-slimming-g-601099528772522.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F36f82264854b4060f4fcba28464fb78b.jpg&spec_gallery_id=19113987&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTQ4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33&is_back=1 |
| 101 | Service Oriented | https://www.temu.com/waist-trainer-body-shaper-belt-tummy-shapewear-for-women-belly-fat-burner-elastic-belt-g-601099528821478.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-09%2F1696825541172-6088b92c958347aca6a780196f930f86-goods.jpeg&spec_gallery_id=2041466865&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |
| 103 | JUER | https://www.temu.com/tummy-control-bandage-wrap-for-women-wrapped-hourglass-waist-trainer-elastic-detachable-body-tummy-control-belt-womens-shapewear-g-601099530934128.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F36f82264854b4060f4fcba28464fb78b.jpg&spec_gallery_id=19113987&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzQ4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |

| | | |
|---|---|---|
| 104 | Mysterious Supermarket | https://www.temu.com/1pc-waist-trainer-118-11-inch-long-abdominal-fat-tummy-tuck-belt-bandage-sauna-lumbar-support-belt-abdominal-wrap-anti-curl-lumbar-support-belt-unisex-waist-shaper-for-sports-g-601099528609183.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fb0d09879a5d7974d37f1aba4165f3246.jpg&spec_gallery_id=2041888086&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk3&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |
| 106 | kidvs | https://www.temu.com/waist-trainer-tummy-wrap-tummy-control-slim-girdle-belt-cincher-womens-underwear-shapewear-g-601099525734642.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fa6ef3ae0dfb19632dff455ebbe2e35e6.jpg&spec_gallery_id=2038679491&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |
| 107 | BL | https://www.temu.com/waist-trainer-belt-g-6017592186133424.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F2f4e12ee0e83066fcc20bcd1e13a732d.jpg&spec_gallery_id=2546784&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |
| 108 | AIYOGA | https://www.temu.com/burst-sweat-belt-elastic-wrap-belt-body-shaping-yoga-exercise-body-shaping-adjustable-sports-belt-g-601099533398604.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F3b0ee29daa6e5d33c6786dd6180f3282.jpg&spec_gallery_id=2056365664&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzQ5&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |

| 109 | Sweet Living | https://www.temu.com/long-elastic-restraint-belt-postpartum-girdle-for-women-elastic-restraint-belt-abdominal-belt-oxybutane-fabric-g-601099525206360.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fcc06c88311aeb52b9d76bdca8ce21363.jpg&spec_gallery_id=2030180541&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDk4&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=fc559egsc0&refer_page_name=search_result&refer_page_id=10009_1701421086651_f6mx454w33 |
| --- | --- | --- |
| 112 | HAIHANG Sports & Outdoor | https://us.shein.com/1pc-Belt-With-3-Sizes-Band-For-Sweating-Training-Of-Waist-p-21547241-cat-5782.html?src_identifier=st%3D2%60sc%3Dwaist%20band%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_search1701394085906&mallCode=1 |
| 114 | Aimojing Apparel Accessories&Jewelry & Watches | https://us.shein.com/Women-Minimalist-Fashion-Fitness-Belt-For-Home-p-17543569-cat-5904.html?mallCode=1 |