# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 1:24-cv-1460<br><br>Judge John J. Tharp |

## SATISFACTION OF JUDGMENT

A Default Judgment was entered in the above-captioned action on May 17, 2024 [53], in favor of Plaintiff Hexin Holding Limited ("Plaintiff"), against the Defendants identified in Schedule A and Schedule B in the amount detailed in the chart below ("Judgment Amount"), and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following defendants:

| Defendant Name | Judgment Amount | Defendant No. |
|---|---|---|
| Women Sexy Costume Store | $12,183.74 | 5 |
| miss moly Postpartum Shaper Store | $2,909.06 | 22 |
| TTtshop | $54,164.8 | 110 |

Date: May 29, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Faye Yifei Deng*
　　　　　　　　　　　　　　　　　　　Faye Yifei Deng
　　　　　　　　　　　　　　　　　　　YK Law LLP
　　　　　　　　　　　　　　　　　　　445 S Figueroa Street, Suite 2280
　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　　　　Telephone: (213) 401-0970
　　　　　　　　　　　　　　　　　　　Email: fdeng@yklaw.us

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Hexin Holding Limited*