# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>                    Plaintiff,<br>    v.<br>THE INDIVIDUALS, BUSINESS ENTITIES, PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                    Defendants. | Case No. 1:24-cv-1460<br><br>Judge John J. Tharp |

## SATISFACTION OF JUDGMENT

A Default Judgment was entered in the above-captioned action on May 17, 2024 [53], in favor of Plaintiff Hexin Holding Limited ("Plaintiff"), against the Defendants identified in Schedule A and Schedule B in the amount detailed in the chart below ("Judgment Amount"), and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following defendants:

| Defendant Name | Judgment Amount | Defendant No. |
|---|---|---|
| LZ Fitness Store | $250 | 19 |
| Edson Shop | $609.96 | 35 |
| Sportmarket | $45,291.14 | 40 |
| Dongyang Sanshui Knitting Clothing Co., Ltd. | $250 | 72 |

Date: June 20, 2024

Respectfully submitted,

*/s/ Faye Yifei Deng* _____
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*